decedent to his agents, and to the plaintiff, concerning the property specified in Queens Borough accounts, is reversed, and plaintiff's motion for such discovery and inspection is granted. In all other respects the order is affirmed, without costs to either party.

See, also, 123 N. Y. Supp. 1130.

CARR, J., not voting.

MUSCARDELLI, Appellant, v. UNION RY. CO. OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) In the matter of Silvino Muscardelli, as administrator, against the Union Railway Company of New York City. S. Meyers, for appellant. M. S. Borland, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MUSCARELLA, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Rose Muscarella against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent upon the ground that there were errors in the admission of evidence on the question of damages, and that the damages awarded are excessive.

MUTH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Edward Muth against the New York Central & Hudson River Railroad Company. R. A. Kutschbock, for appellant. H. C. Smyth, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NANRY, Appellant, v. WHITLOCK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Margaret Nanry against Geo. Whitlock, as executor, and others. J. A. O'Leary, for appellant. W. J. Morris, Jr., for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NASSAU TRUST CO. OF CITY OF BROOKLYN v. WINTJEN et al. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by the Nassau Trust Company of the City of Brooklyn, as executor, etc., against George Wintjen and others.

PER CURIAM. Judgment affirmed, with costs.

BURR, J., not voting.

NATIONAL POWDER CO., Respondent, v. NATIONAL EXPLOSIVES CO., Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by the National Powder Company against the National Explosives Company. E. W. Norris, for appellant. C. D. Ridgway, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NATIONAL WRAPPING PAPER CO., Appellant, v. DEININGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by the National Wrapping Paper Company against William Deininger and others. No opinion. Order modified by striking therefrom the provision for a stay and the provision imposing a penalty for failure to serve a bill of particulars, and, as so modified, affirmed, without costs of this appeal to either party.

NAUL, Respondent, v. MEYER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Henry S. Naul against Bernard D. Meyer and another. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

NEAL & BRINKER CO., Respondent, v. HORACE E. FRICK CO., Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by the Neal & Brinker Company against the Horace E. Frick Company. W. H. Bond, for appellant. W. H. Dodd, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEWCOMBE, Respondent, v. OSTRANDER et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Albert Newcombe against George N. Ostrander and others, individually and as executor of George R. Finch, deceased. No opinion. Judgment (66 Misc. Rep. 103, 122 N. Y. Supp. 823) unanimously affirmed, with costs.

NEW HARTFORD COTTON MFG. CO., Respondent, v. LOWENSTEIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by the New Hartford Cotton Manufacturing Company against Morris Lowenstein and others No opinion. Judgment affirmed, with costs. See, also, 129 App. Div. 938, 115 N. Y. Supp. 1134; 136 App. Div. 907, 120 N. Y. Supp. 1137.

NEW YORK ELECTRICAL WORKERS' UNION, Appellant, v. ALEXANDER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by the New York Electrical Workers' Union against Harry Alexander and others. B. Patterson, for appellant. F. Hulse, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT and DOWLING, JJ., dissenting.

NEW YORK ELECTRIC LINES CO., Appellant, v. EMPIRE CITY SUBWAY CO.,